UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 17-24579
NATASHA TIMS, )
AKA NATASHA N TIMS, )  Chapter: 13
AKA NATASHA TYLER, )
) Honorable Jack Schmetterer
)
)
Debtor(s) )

## ORDER MODIFYING STAY

This cause coming to be heard on the Motion of SRS FS LLC, a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED that the Automatic Stay in the case is modified and leave is hereby granted to SRS FS LLC, and its successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 206 S Troy St, Chicago, IL 60612.

Any Claims and/or Stipulations filed by this Creditor are vacated.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: November 21, 2018

**Prepared by:**

McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL  60602
(312) 346-9088
File #: BK-005176-17